A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

RECEIVED

SEP 06 2019

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Jonathan G. Smith
_____
Plaintiff

9000001752
_____
Inmate Number

VERSUS

Sid J. Gautreaux, III
Phyllis McNeel
Shelly Rushing
_____

(Enter above the full name of each
defendant in this action.)

Electronic Filing Pilot Program

In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order 2012-01, inmates who reside in or are transferred into Louisiana Department of Corrections facilities participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by Notice of Electronic Filing ("NEF").

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same**.

In order for this complaint to be filed, it must be accompanied by the filing fee of $400.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.     Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )  No (X)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): _____

   _____

   Defendant(s): _____

   _____

2. Court (if federal court, name the district; if state court, name the parish):

   _____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):

   _____

   _____

6. Date of filing lawsuit: _____
7. Date of disposition: _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
   Yes ( )        No (X)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____

_____

II.    Place of present confinement: _____

A. Is there a prisoner grievance procedure in this institution?
       Yes (X) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
       Yes (X) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. _____
19-0117

2. What steps did you take? I filed my complaint and got a response from Correct Health and the filed an appeal to the Warden Dennis Grimes

3. What was the result? The Warden found my Complaint to be Valid.

D. If your answer is No, explain why not: N/A _____

III.   Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Jonathan G. Smith
   Address 2867 Gen. Issac Smith, Baton Rouge, LA. 70807

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Sid Gautreax XIII is employed as Sheriff at E.B.R. Parish Prison 2867 Gen Issac Smith Blvd

C. Additional Defendants: Phyllis McNeel, Shelly Rushing, Correct Health East Baton Rouge Parish Prison East 2867 Gen. Issac Smith Blvd. Baton Rouge, LA 70807

IV.    Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On June 1, 2019 I was released from East Baton Rouge Parish Prison without a 10 day supply of my H.I.V. medication and hypertention medication. I was arrested on June 8, 2019 and although I told medical about my medication and explained that missing medication as prescribed would cause my H.I.V. status to become worse. It has been proven that the virus will mutate and the medication will fail to be effective. Medical records will show that I've maintained an undectable H.I.V. status until Correct Health withheld adequate medical treatment with deliberate indifference and Malice. The Director Of Nursing Shelly Rushing was named in my original complaint dated June 25, 2019 was fired on June 27, 2019. My H.I.V. viral load became over 1550 resulting in severe head pain and abdominial pain in addition to high levels of stress and mental anguish.

V.    Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite
no cases or statutes.  Attach no exhibits. Allow inmates at East Baton Rouge Parish Prison who have tested positive for H.I.V. medication without delay. To be awarded to be given punitive damages and Compensation for Pain and Suffering to include Mental anguish, denial of adequate Medical Care. with deliberate indifference and Malice.

VI.    Plaintiff's Declaration

1.  I understand that I am prohibited from bringing a civil action in forma pauperis if, while
I was incarcerated or detained in any facility, I have brought three or more civil actions or
appeals in a court of the United States that were dismissed on the grounds that they were
frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am
in imminent danger of serious physical injury.

2.  I understand that even if I am allowed to proceed in forma pauperis, I am responsible for
paying the entire filing fee and any costs assessed by the Court, which, after payment of the
partial initial filing fee, shall be deducted from my inmate account by my custodian in
installment payments as prescribed by law.

3.  I understand that if I am released or transferred, it is my responsibility to keep the Court
informed of my whereabouts and failure to do so may result in this action being dismissed
with prejudice.

4.  I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this ___30___ day of ___August___, 20_19_.

_Jonathan G. Smith_

_Jonathan G. Smith_
Signature of plaintiff(s)

Mr Jonathan G Smith Q-12
East Baton Rouge Parish Prison
2867 Brig. Gen Isaac Smith Ave
Baton Rouge, LA 70807

Clerk's Office
United States District Court
Middle District of Louisiana
777 Florida Street Suite 139
Baton Rouge, LA 70801-1712

CONFIDENTIAL

RECEIVED

BATON
SEP
LA 708